MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CABN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, CA  94612
  Telephone: (510) 637-3717
  Fax: (510) 637-3724
  E-mail: christina.mccall@usdoj.gov

RECEIVED JUN 1 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BENSON CONNIFF, <br><br> Defendant. | No. CR 11-00905 SBA <br><br> STIPULATION AND [PROPOSED] ORDER TO SET STATUS CONFERENCE ON AUGUST 17, 2012 <br><br> (FILED UNDER SEAL) |

The above-captioned matter was previously set on May 22, 2012 before District Court Judge Saundra B. Armstrong for a status conference. That date was vacated and the parties were instructed to set the matter before the Magistrate Court. The parties request that this Court set this matter for status conference on August 17, 2012 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and August 17, 2012. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA

1

Such continuance is required for the parties to research legal and factual issues and for the defense attorney to gather mitigating evidence. This continuance will allow the reasonable time necessary for effective preparation and continuity of counsel, taking into account defense counsel's availability and the exercise of due diligence.

As such, the parties respectfully request that the time between the date of this stipulation and August 17, 2012 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 11, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_/s/ Christina McCall_
CHRISTINA McCALL
Assistant United States Attorney

_/s/ Joyce Leavitt_
JOYCE LEAVITT
Attorney for Michael Benson Conniff

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until August 17, 2012 at 9:30 a.m. before the Magistrate Court, and time is excluded from the date of this stipulation until August 17, 2012.

**IT IS SO ORDERED.**

DATED: 6/13/12

SAUNDRA B. ARMSTRONG
United States District Court Judge

STIPULATION AND EXCLUSION OF TIME
CR 11-00905 SBA

2