MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3717
   Fax: (510) 637-3724
   E-mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| UNITED STATES OF AMERICA, | ) | No. CR 11-00905 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING TO JUNE 4, 2013 |
| MICHAEL BENSON CONNIFF, | ) | |
| Defendant. | ) | |

    The above-captioned matter is set on May 10, 2013 before this Court for a sentencing hearing.  The parties request that this Court vacate that date and set this matter for sentencing on June 4, 2013 at 10:00 a.m.

    Such continuance is required for both parties to prepare for the sentencing hearing after the defendant pleaded guilty without a plea agreement. Defense counsel needs time to prepare

//

//

//

//

STIPULATION TO CONTINUE SENTENCING HEARING
CR 11-00905 SBA

1

mitigation evidence. The probation officer is also available on June 4, 2013.

.

DATED:  May 7, 2013                    Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/ *Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

  /s/ *Joyce Leavitt*
JOYCE LEAVITT
Attorney for Michael B. Conniff

**ORDER**

IT IS HEREBY ORDERED THAT the sentencing hearing is continued until June 4, 2013 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 5/7/13

SAUNDRA B. ARMSTRONG
United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING
CR 11-00905 SBA

2